USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: FEB 1 8 2009

JUDGE PRESKA

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA

    - v. -

ANDREW JASON PETTITT,

    Defendant.

- - - - - - - - - - - - - - - x

INDICTMENT

09 Cr. ___

## COUNT ONE

The Grand Jury charges:

1. In or about September 2008, in the Southern District of New York and elsewhere, ANDREW JASON PETTITT, the defendant, unlawfully, wilfully and knowingly did persuade, induce, entice, and coerce, and did attempt to persuade, induce, entice, and coerce, an individual to travel in interstate commerce to engage in sexual activity for which any person can be charged with a criminal offense, to wit, PETTITT caused a minor to travel in interstate commerce from the Bronx, New York, to Pennsylvania for the purpose of engaging in sexual activity with that minor.

(Title 18, United States Code, Section 2422(a).)

## COUNT TWO

The Grand Jury further charges:

2. In or about September 2008, in the Southern District of New York and elsewhere, ANDREW JASON PETTITT, the defendant, unlawfully, wilfully and knowingly did transport an

individual who had not attained the age of 18 years in interstate commerce, and in a commonwealth, territory and possession of the United States, with intent that the individual engage in sexual activity for which any person can be charged with a criminal offense, to wit, PETTITT transported a minor from New York to Pennsylvania with the intent to engage in sexual activity with that minor.

(Title 18, United States Code, Section 2423(a).)

### COUNT THREE

The Grand Jury further charges:

3.   In or about September 2008, in the Southern District of New York and elsewhere, ANDREW JASON PETTITT, the defendant, unlawfully, wilfully and knowingly did travel in interstate commerce for the purpose of engaging in illicit sexual conduct with another person, to wit, PETTITT traveled from Pennsylvania to New York for the purpose of engaging in sexual activity with a minor.

(Title 18, United States Code, Section 2423(b).)

_____
FOREPERSON

_____
LEV L. DASSIN
Acting United States Attorney

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v. -

ANDREW JASON PETTITT,

Defendant.

INDICTMENT

09 Cr. ___

(18 U.S.C. §§ 2422(a), 2423(a), and 2423(b).)

LEV L. DASSIN
Acting United States Attorney.

A TRUE BILL

_____
Foreperson.

Feb 18, 2009
Indictment filed
Case assigned to Judge Preska.
Freeman, USMJ