AO 458 (Rev. 10/95)  Appearance

# UNITED STATES DISTRICT COURT

Southern  DISTRICT OF  New York

**APPEARANCE**

United States of America
      v.
Andrew Jason Pettitt, Defendant.

Case Number: 09-cr-00153-LAP

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Andrew Jason Pettitt

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 3/5/2009 | /s/ |
| Date | Signature |
| | Leanne A. Bortner     LB-2278 |
| | Print Name     Bar Number |
| | Kobre & Kim LLP    1919 M St. NW |
| | Address |
| | Washington    DC    20036 |
| | City    State    Zip Code |
| | (202) 664-1900    (202) 664-1920 |
| | Phone Number    Fax Number |
| | Email: leanne.bortner@kobrekim.com |